|  | *Watchtower, et al. v. Roberto Sanchez Ramos, et al.*<br>Timekeeping Report Summary<br>Nora Vargas Acosta, Esq. |  |  |  |
|---|---|---|---|---|
| **DATE** | **ACTIVITY** | **HOURS** | **RATE PER HOUR** | **TOTAL** |
| 9/25/2002 | Meeting with counsel Polidoro regarding intended action | 1.0 | $285.00 | $285.00 |
| 9/18/2003 | Review literature on Jehova's Witnesses and Access Law and cases to evaluate intended action | 2.0 | $285.00 | $570.00 |
| 9/24/2003 | Meeting with counsel Polidoro; Evaluate possible Discovery & defendants; Meeting with Madeline Roman to discuss possibility of her appearance as witness | 2.25 | $285.00 | $641.25 |
| 4/4/2004 | Receive and review addendum to Expert Report; provide counsel Polidoro with copy; draft Communications to counsel Polidoro | 0.5 | $285.00 | $142.50 |
| 5/13/2004 | Review draft of complaint and Motion for Preliminary Injunction; legal research; conference with counsel Polidoro regarding complaint | 5.5 | $285.00 | $1,567.50 |
| 5/14/2004 | Meeting with Madeline Roman, discussed her area of research regarding crime in PR | 1.0 | $285.00 | $285.00 |
| 5/18/2004 | Meeting with professor Madeline Roman e: Crimes statistics, control access, Effects in Puerto Rico, Prepare Motion for Preliminary Injunction and Memorandum of Law; review final draft of complaint; review draft of Pro Hac Vice Motion to File in Excess | 2.0 | $285.00 | $570.00 |
| 5/25/2004 | Receive & revise order; Prepare Motion Submitting Proposed Order Under Rule 65.1 | 1.25 | $285.00 | $356.25 |
| 5/31/2004 | Receive & revise Motion for Leave to appear | 0.25 | $285.00 | $71.25 |
| 6/4/2004 | Receive & revise Order re granting extension | 0.25 | $285.00 | $71.25 |
| 6/21/2004 | Receive & revise Motion to Dismiss Complaint and to File Excess Pages | 0.75 | $285.00 | $213.75 |
| 6/22/2004 | Receive & revise Order granting leave | 0.25 | $285.00 | $71.25 |
| 8/24/2004 | Telephone conference with counsel Polidoro regarding translation of Expert Report and other pending matters; review draft of opposition to request for preliminary injunction; research regarding preliminary injunction | 2.25 | $285.00 | $641.25 |
| 8/23/2004 | Telephone conference with Paul Polidoro regarding PR Law 21, 22 and case law translations | 0.25 | $285.00 | $71.25 |
| 8/25/04 | Review translation of report; Telephone conference with Madeline Roman | 0.75 | $285.00 | $213.75 |
| 7/1/2004 | Review final draft of Motion for Leave to File Document Reply to Defendants` Opposition to Plaintiff; Reply to Response to Motion In Opposition To Plaintiffs | 1.25 | $285.00 | $356.25 |
| 7/2/2004 | Receive & revise Order granting leave to reply | 0.25 | $285.00 | $71.25 |
| 8/17/2004 | Receive Order regarding exhibits for preliminary injunction | 0.25 | $285.00 | $71.25 |

Exhibit P

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 6/10/2005 | Receive "Urgent Motion for Oral Argument on Pending Motion.." | 0.5 | $285.00 | $142.50 |
| 6/20/2005 | Receive Order. | 0.25 | $285.00 | $71.25 |
| 8/9/2005 | Receive Opinion and Order; Receive Partial Dismissal, facial challenge | 1.25 | $285.00 | $356.25 |
| 8/29/2005 | Receive Answer to Complaint | 0.5 | $285.00 | $142.50 |
| 9/1/2005 | Review draft of Motion pursuant to Fed. R. Civ. Proc. 54(b); Motion for Entry of Judgment | 0.5 | $285.00 | $142.50 |
| 9/7/2005 | Receive and review final draft of Motion for Entry of Judgment Rule 54(b) | 0.5 | $285.00 | $142.50 |
| 9/19/2006 | Receive and Review Opinion and Order denying Plaintiffs' Motion for Leave (28 USC 1292) | 0.75 | $285.00 | $213.75 |
| 9/20/2006 | Telephone conference with Paul Polidoro regarding status | 0.25 | $285.00 | $71.25 |
| 11/27/2006 | Receive and review USCA JUDGMENT | 0.25 | $285.00 | $71.25 |
| 12/20/2006 | Receive and review order finding moot Motion for Preliminary Injunction | 0.25 | $285.00 | $71.25 |
| 1/3/2007 | Receive Call Order and Schedule matter | 0.25 | $285.00 | $71.25 |
| 1/12/2006 | Receive and review draft of Motion to stay Pursuant to Fed. R. App. Proc. | 0.5 | $285.00 | $142.50 |
| 1/24/2007 | Receive and review Order regarding Plaintiffs' motion | 0.25 | $285.00 | $71.25 |
| 1/26/2007 | Receive and review Motion Adjourn ISC Order | 0.25 | $285.00 | $71.25 |
| 1/31/2007 | Receive and review Order granting Plaintiffs' motion | 0.25 | $285.00 | $71.25 |
| 2/18/2007 | Meeting w/ co counsel discuss strategy and amended complaint, island wide survey | 1.5 | $285.00 | $370.50 |
| 2/28/2007 | Meeting with cunsel Polidoro, Mr. Defibaugh and client regarding Surrey and update of access situation | 1.25 | $285.00 | $356.25 |
| 3/7/2007 | Receive and review Communications from Madeline Roman | 0.25 | $285.00 | $71.25 |
| 4/5/2007 | Receive and review Amended Complaint | 0.5 | $285.00 | $142.50 |
| 4/23/2007 | Receive and review Motion to Withdraw Attorney | 0.25 | $285.00 | $71.25 |
| 4/24/2007 | Receive and review Joint Motion; Receive and review Order | 0.25 | $285.00 | $71.25 |
| 4/25/2007 | Receive and review notice of summons issued | 0.25 | $285.00 | $71.25 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/30/2007 | Receive and review Amended Complaint | 0.5 | $285.00 | $142.50 |
| 6/4/2007 | Receive and review Motion for extension of time | 0.25 | $285.00 | $71.25 |
| 6/6/2007 | Receive and review Motion for extension of time | 0.25 | $285.00 | $71.25 |
| 6/11/2007 | Receive and review Order grating extensión | 0.25 | $285.00 | $71.25 |
| 6/15/2007 | Receive and review Motion for extension of time | 0.25 | $285.00 | $71.25 |
| 6/19/2007 | Receive and review Order granting extension | 0.25 | $285.00 | $71.25 |
| 6/22/2007 | Receive & revise Answer to Amended Complaint | 0.5 | $285.00 | $142.50 |
| 7/5/2007 | Receive Motion for extension of time; Receive and review Expert Report update | 0.75 | $285.00 | $213.75 |
| 7/11/2007 | Receive and reviewed ORDER NOTING AS MOOT number | 0.25 | $285.00 | $71.25 |
| 7/19/2007 | Receive and Review ANSWER to Amended Complaint on behalf of Defendant Municipality of Guaynabo; Receive and Reviewed MOTION for extension of time until August 20,2007 to file answer. | 0.5 | $285.00 | $142.50 |
| 7/20/2007 | ORDER GRANTING IN PART AND DENYING IN PART 67 | 0.25 | $285.00 | $71.25 |
| 7/23/2007 | Receive and review Motion for extension of time untill AUGUST 13,2007 to file answer filed by Vilma M.Dapena-Rodriguez. Receive and Reviewed MOTION to Dismiss Lack of Jurisdiction as to Asociacion Comunitaria Del Turabo. | 0.25 | $285.00 | $71.25 |
| 7/24/2007 | Receive and Review MOTION for extension of time until August 28,2007 to answer complaint filed by Estancias Gran Vista (HOA); draft Communication to counsel Polidoro regarding amended complaint, service of summons | 0.5 | $285.00 | $142.50 |
| 7/26/2007 | Receive and Review ORDER GRANTING 69 Defendant Asociacion de Propietarios de Prado Alto en Torrimar,Inc. Motion for Extension of time; Recieved and Reviewed MOTION for extension of time to August 15, 2007; Receive and Reviewed MOTION for Extension of time untill August 15,2007 re; 49 Paseo Mayor HOA; Receive and Reviewed MOTION for Extension of time until August 15,2007 to file answer on behalf of G.H.S.Inc | 0.5 | $285.00 | $142.50 |
| 7/30/2007 | Receive and Reviewe ORDER GRANTING IN PART DENYING IN PART 73,74,75.Defendants Asoc.Com.Valle del Lago, Paseo Mayor HOA Inc.,and G.H.S.Inc. Respective Motions for Ext.of Time to answer Plaintiffs Amended Complaint. Receive and Reviewed Motion for Ext. of time untill August 25,2007 To file answer or otherwise Plead | 0.25 | $285.00 | $71.25 |
| 7/31/2007 | Receive and Reviewe Motion for ext,of time; Receive and Reviewed Order Granting in Part and Denuing in | 0.25 | $285.00 | $71.25 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
|  | Part 77,78. Defendants Municipality of Caguas and Undare Inc.respective Motions for Ext.of Time to Answer Plaintiffs Amended Complaint |  |  |  |
| 11/20/2007 | Telephone conference Paul Polidoro-Re: follow up on settlement possiblity, default entries, pending info on expert. | 0.5 | $285.00 | $142.50 |
| 12/6/2007 | Reviewed case calendar, Telephone conference w co counsel, reviewed and discussed agenda FRCP 26 (f) conference; review inicial disclosure document | 1.0 | $285.00 | $285.00 |
| 12/13/2007 | Review documents for, preparation, and attend Initial disclosure conference | 3.5 | $285.00 | $997.50 |
| 1/11/2008 | Review proposed consent decree with resident associations confer with co counsel on the matter and discuss with Paul Polidoro | 1.5 | $285.00 | $427.5 |
| 1/14/2008 | Meeting with ELA and Municipal codefendants Re: Settlement | 3.0 | $285.00 | $855.00 |
| 1/22/2008 | Telephone conversation with Professor Roman - Re: Documents and Information required of Expert Witness | 0.25 | $285.00 | $71.25 |
| 2/7/2008 | Receive and review Communications from counsel for Urb. Association UNDARE | 0.25 | $285.00 | $71.25 |
| 2/10/2008 | Receive and review letter from Undare attorney RE: discuss settlement; Communications to counsel Polidoro including documents | 0.75 | $285.00 | $213.75 |
| 2/12/2008 | Draft correspondence to professor Roman reviewing courts Order regarding Expert witness and reports; Communication with Madeline Roman regarding compliance with expert order; Receive and review Communications from Madeline Roman in response | 1.0 | $285.00 | $285.00 |
| 2/13/2008 | receive and review letter sent by Mayor of Yauco to Commonwealth Secretary of Justice requesting legal representation; Review correspondence from Madeline Roman | 0.25 | $285.00 | $85.50 |
| 2/14/2008 | Telephone conference w/ co counsel Paul Polidoro - Re: follow up meeting with municipal defendants settlement discussions, positions assumed, implications etc. | 0.25 | $285.00 | $71.25 |
| 2/15/2008 | Review proposed consent decree with municipaldefendants; Telephone conference w/co counsel - Re: propossed consent decree 30min. with Municipal defendants; attend settlement conference hearing | 2.0 | $285.00 | $570.00 |
| 2/22/2008 | Review notes and doc in preparation for settlement hearing; attend Settlement Hearing | 3.0 | $285.00 | $855.00 |
| 3/4/2008 | Draft corresponce to Madeline Roman- Follow up; Receive and Reviewed MOTION for ext.of time untill August 25,2007 | 0.25 | $285.00 | $71.25 |
| 3/18/2008 | Receive and review additional documents for Plaintiffs' inicial disclosures | 0.75 | $285.00 | $213.75 |
| 4/1/2008 | Attend ISC hearing; discussed stipulations, Discovery; meeting with co-counsel Polidoro | 3.0 | $285.00 | $855.00 |
| 4/4/2008 | Appear at Status Conference, discussed remedies/compliance | 1.0 | $285.00 | $285.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3/9/2008 | Telephone conference with Madeline Roman to follow up on documents | 0.25 | $285.00 | $71.25 |
| 3/10/2008 | Receive and review documents, certification prepared by Madeline Roman | 0.25 | $285.00 | $71.25 |
| 4/15/2008 | Receive and review inicial disclosures sent by Commonwealth Defendants | 0.25 | $285.00 | $71.25 |
| 6/3/2008 | Receive and review Communications from all counsel for Municipality of Caguas; inicial disclosures | 0.5 | $285.00 | $142.50 |
| 6/5/2008 | Receive and Review documents requested from Madeline Roman | 0.5 | $285.00 | $142.50 |
| 7/24/2008 | Telephone conference, update on issues pending | 0.25 | $285.00 | $71.25 |
| 8/5/2008 | Attend deposition of Migdalia Rosado, take notes | 2.75 | $285.00 | $783.75 |
| 8/6/2008 | Attend deposition of Habriel Rodriguez (ARPE) | 3.0 | $285.00 | $855.00 |
| 9/11/2008 | Telephone conference with Madeline Roman regarding report and accompanying documents | 0.5 | $285.00 | $142.50 |
| 9/15/2008 | Identify documents regarding Expert Report; draft letter to defendants counsel providing documents | 0.5 | $285.00 | $142.50 |
| 9/16/2008 | Telephone conference with counsel Polidoro regarding summons; draft letter to counsel Polidoro | 0.5 | $285.00 | $142.50 |
| 9/26/2008 | Attend deposition of Dr. Blakely; Deposition of Madeline Roman | 7.0 | $285.00 | $1,995.00 |
| 8/10/2009 | Receive and review Opinion and Order of Crt.and final Judgment | 1.5 | $285.00 | $427.50 |
| 8/17/2009 | Examine case law on attorney fees for prevailing defendants in civil Rights cases; review opinion; telephone conference w/ counsel Paul Polidoro regarding appeal , issues and strategy | 3.75 | $285.00 | $1,068.75 |
| 8/20/2009 | Receive and review defendant Pacifica's Motion for Fees; Review draft of plaintiff's motion to Stay | 0.5 | $285.00 | $142.50 |
| 8/24/2009 | Receive and review Mun. of Caguas Motion for Costs and fees | 0.5 | $285.00 | $142.50 |
| 8/26/2009 | Review draft of plaintiff's Motion to Stay defendant's Bill of Costs; receive and review Motion filed. | 0.75 | $285.00 | $213.75 |
| 9/3/2009 | Receive and review Court Order granting Stay of motions for costs; review Bill of costs filed by Pacifica | 0.75 | $285.00 | $213.75 |
| 9/9/2009 | Receive and review several defendants motion and Bill of costs | 0.75 | $285.00 | $213.75 |
| 9/14/2009 | Receive and review Notice of transmittal of record on appeal; telephone conference w/ expert witness regarding status of the case | 0.50 | $285.00 | $142.50 |
| 9/15/2009 | Receive and Review defendants Mun. Gaynabo , SJ, Bayamon motion Opposing request for Stay of Costs and fees | 0.75 | $285.00 | $213.75 |
| 9/17/2009 | Receive , review and schedule case management deadlines | 0.50 | $285.00 | $142.50 |
| 9/21/2009 | Receive and review Court's Order | 0.50 | $285.00 | $142.50 |

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 9/24/2009 | Telephone conference with counsel Polidoro on pending matters for appeal; receive and review several Notices of Appearance | 0.75 | $285.00 | $213.75 |
| 9/25/2007 | Meeting with Paul Polidoro to discuss issues of delegation of powers; ARPE regulations; crime statistics | 1.0 | $285.00 | $285.00 |
| 9/25/2008 | Prepare for deposition of Madeline Roman; review related documents and opinion; meet with Madeline Roman in preparation for deposition | 1.5 | $285.00 | $427.50 |
| 9/28/2009 | Review transcript report, designation of record, notice of appearance; Motion to amend caption of case; receive and review appearances filed by municipalities and urb. Defendants. | 2.00 | $285.00 | $570.00 |
| 9/30/2009 | Review Appellant's Statement of Issues on Appeal, | .50 | $285.00 | $142.50 |
| 10/23/2009 | Receive and review notice of Pre argument settlement conference | .25 | $285.00 | $62.50 |
| 10/9/2009 |  | 2.50 | $285.00 | $712.50 |
| 11/2/2009 | Review draft of Confidential Memorandum and telephone conference w/ counsel Polidoro | 1.25 | $285.00 | $356.25 |
| 11/8/2009 | Prepare for Settlement conference - review documents and record. | 2.50 | $285.00 | $712.50 |
| 11/9/2009 | Settlement Conference ;meeting with counsel Polidoro and clients | 2.50 | $285.00 | $712.50 |
| 12/3/2009 | Review PR case law on access law, government immunity issues, in reviewing draft of brief, review draft of brief. | 2.50 | $285.00 | $712.50 |
| 12/4/2009 | Review draft of Appellants Brief (facts and 1983 elements); receive and review court order of same date | 3.50 | $285.00 | $997.50 |
| 12/7/2009 | Receive and review Court Order :Appellant's Briefing notice ,schedule items | .75 | $285.00 | $213.75 |
| 12/18/2010 | Meeting with ACLU staff to discuss possible amicus, identify issues of interest | 1.00 | $285.00 | $285.00 |
| 12 28/2010 | Identify and provide relevant documents and references for ACLU to review on collaboration as amicus. | 1.00 | $285.00 | $285.00 |
| 1/13/2010 | Receive and review Final draft of brief: motion for leave to file Certified translation, corporate disclosures, joint appendix. | 1.25 | $285.00 | $356.25 |
| 1/14/2010 | Follow up with ACLU staff on status of Amicus. | .25 | $285.00 | $71.25 |
| 1/20/2010 | Receive and review Motion for leave to file brief on behalf of ACLU affiliates and chapters and; notices to appear | 2.50 | $285.00 | $712.50 |
| 1/21/2010 | Receive and review several notices to appear | .50 | $285.00 | $142.50 |
| 2/1/2010 | Receive and review notices to appear | .25 | $285.00 | $71.25 |
| 2/2/2010 | Receive and review Motion to extend time to file brief filed by Mun. of Gurabo | .25 | $285.00 | $71.25 |
| 2/3/2010 | Receive and Review Court's Order | .25 | $285.00 | $71.25 |
| 2/12/2010 | Receive and review :Motion to extend time to file brief ; and Motion for oversized brief , Court order | .50 | $285.00 | $142.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/26/2010 | Review Appellee's Brief (Commonwealth Def) ; Motion to extend time filed by Mun. of Bayamon, Guaynabo, San Juan; and Trujillo Alto; Plaintiff's response to Motion to extend time. | 2.25 | $285.00 | $641.25 |
| 3/2/2010 | Review Brief filed by Municipality of Caguas: | 1.50 | $285.00 | $427.50 |
| 4/2/2010 | Receive and review: brief filed by Trujillo Alto; Pacifica Homeowner Asso. Appellees brief ; order of Court entered. | 1.25 | $285.00 | $356.25 |
| 4/23/2010 | Receive /Review Appellees brief filed by the municipality of Bayamon, Guyanabo , and SJ, . | .50 | $285.00 | $142.50 |
| 4/24-25/2010 | Review and analyze Appellees SJ, Bayamon: Brief filed by Caguas , Commonwealth, Urbanization Arguments in preparation for discussion w/counsel Polidoro regarding Reply ; telephone conference w Polidoro regarding arguments in common , different , issues to reply . | 3.50 | $285.00 | $997.50 |
| 6/25-28/2010 | Receive and review motions regarding Pacificas legal counsel request to withdraw and Court's order. | .25 | $285.00 | $71.25 |
| 8/3/2010 | Receive Court Order setting oral argument | .25 | $285.00 | $71.25 |
| 8/5/2010 | Communication w/ counsel Polidoro regarding oral argument , panel . | .25 | $285.00 | $71.25 |
| 8/9-30/2010 | Receive and review notices of Designation for oral argument and motion | .50 | $285.00 | $142.50 |
| 8/25/2010 | Telephone conference w/ counsel Polidoro regarding assigned panel, oral argument | 0.75 | $285.00 | $213.75 |
| 9/15/2010 | Appear w/ counsel Polidoro at oral argument, take notes regarding questions asked by the Panel of both plaintiffs and defendants; meeting with clients interpret/discuss hearing. | 3.00 | $285.00 | $855.00 |
| 2/7/2011 | Receive and review Opinion of the Court and judgment | 1.50 | $285.00 | $427.50 |
| 2/8/2011 | Communication w/counsel Polidoro regarding Opinion issued , implications and strategy; telephone conference with counsel Polidoro | 1.50 | $285.00 | $427.50 |
| 2/22/2011 | Receive and Review Petition for rehearing and rehearing en banc filed by Bayamon, Guaynabo, SJ; Motion for leave to file oversized brief; Motion to join ; Reread Opinion and Order of Court in light of petition; review Rule rehearing. | 2.50 | $285.00 | $712.50 |
| 2/25/2011 | Research case law attorney fees in absence of complete success, prevailing party in civil rights litigation ; application for fees ; communication w/counsel Polidoro on the matter | 2.50 | $285.00 | $712.50 |
| 3/8/2011 | Receive and review Court Order granting motions to join. | .25 | $285.00 | $71.25 |
| 4/1/2011 | Receive and Review Court order denying petition for panel rehearing; Order denying petition petition for rehearing | .75 | $285.00 | $213.75 |
| 4/18-20/2011 | Research re: fee rates, prevailing rates , community considered . (Martinez – Velez v. Hernandez 1st Cir. 2007; Ginorio v. Contreras DPR 2009); fees awarded to NVA. | 3.0 | $285.00 | $855.00 |
| 4/20-24/2011 | Draft fee application, follow up supporting affidavit | 6.0 | $285.00 | $1,710.00 |

| | **TOTAL** | 149.00 | $285.00 | $42,465.00 |
|---|---|---|---|---|