ESTADO LIBRE ASOCIADO DE PUERTO RICO          01DE 03
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL SUPREMO

4-1452 (GAG)

WATCHTOWER BIBLE TRACT SOCIETY OF NEW YORK, ET AL   -   PETICIONARIO

VS.

MUNICIPIO DE SANTA ISABEL, ET AL                    -   RECURRIDO

CASO: CT-2012-0010  CASO ORI.: 0400000001452  CERTIFICACIONES
                    CASO CIR.:              -----------------------------
                                            ACCION CIVIL O DELITO

US DISTRICT COURT  OF PUERTO RICO
FEDERAL BUILDING
CHARDON AVENUE SUITE 150
SAN JUAN PR 00918-1767

N O T I F I C A C I O N
-------------------------
CERTIFICO QUE EN RELACION CON EL/LA PETICION DE CERTIORARI
EL TRIBUNAL DICTO EL/LA MANDATO
QUE SE ACOMPAÑA :

****** NOTA PARA ABOGADOS Y PARTES ******
MANDATO ENVIADO A SALA DEL TRIBUNAL CORRESPONDIENTE.
ESTA CARTA ES  S O L A M E N T E  PARA SU CONOCIMIENTO.

ALEJANDRO SERRANO, JULIO C. [LIC.]
    PMB 130
    90 AVE RIO HONDO
    BAYAMON, PR 00961
ALIFF ORTIZ, CLAUDIO [LIC.]
    ALB PLAZA-VILLA CLEMENTINA
    16 CARR 199 STE 400
    GUAYNABO, PR 00969-4712
CASANOVA VIZCAINO, LOURDES M [LIC.]

    PO BOX 192386
    SAN JUAN, PR 00919-2386
CASTRO ORTIZ, IVAN M. [LIC.]
    ALB PLAZA
    16 CARR 199  STE 400
    GUAYNABO, PR 00969
CATALDI MALPICA SIMONE [LIC.]
    ALB PLAZA
    16 CARR 199 STE 400
    GUAYNABO, PR 00969
CRUZ JIMENEZ, LIZ MARIE [LIC.]
    PO BOX 191637
    SAN JUAN, PR 00919-1637
GELPI GUSTAVO A [LIC.]
    PO BOX 364225
    SAN JUAN, PR 00936-4225

HERNANDEZ SANCHEZ EDGAR [LIC.]
    PO BOX 364966
    SAN JUAN,PR 00936-4966
MILLAN SANTIAGO ROBERT [LIC.]
    250 CALLE SAN JOSE
    SAN JUAN,PR 00901
PASARELL JOVE, IVAN [LIC.]
    PO BOX 9021612
    SAN JUAN,PR 00902-1612
PEÑAGARICANO BROWN, SUSANA I [LIC.]
    PO BOX 9020192
    SAN JUAN,PR 00902-0192
PROCURADOR (A) GENERAL [LIC.]
    DEPARTAMENTO DE JUSTICIA
    PO BOX 9020192
    SAN JUAN, PR 00902-0192
RIVERA GONZALEZ, JUAN M [LIC.]
    DORAL BANK STE 201
    33 RESOLUCION ST CORNER SD ROO
    SAN JUAN,PR 00920-2727
RODRIGUEZ CASELLAS, ISABEL MARIA [LIC.]
    OFFICE OF REGIONAL COUNSEL
    10 CASIA STREET
    SAN JUAN,PR 00921-3201
RODRIGUEZ RAMOS ALBERTO J. [LIC.]
    P O BOX 458
    YABUCOA,PR 00767
SANCHEZ BETANCES LUIS [LIC.]
    PO BOX 195055
    SAN JUAN,PR 00919-5055
SOLA GOMEZ, CLARISA [LIC.]
    FNDZ JUNCOS STATION
    P O BOX 11397
    SAN JUAN,PR 00910-2497
VARGAS ACOSTA NORA [LIC.]
    EDIF FIRST FEDERAL
    1056 AVE MUNOZ RIVERA STE 1004
    RIO PIEDRAS,PR 00927-5026
VARGAS VELAZQUEZ FERDINAND [LIC.]
    1 CALLE JOSE CELSO BARBOSA
    CAGUAS,PR 00725
VÁZQUEZ PESQUERA, PEDRO RAFAEL [LIC.]
    URB HACIENDA LEYLA
    C-9 CALLE CAMILA
    TOA ALTA,PR 00953-7727
VELEZ QUINONEZ, IRIALIZ [LIC.]
    COND PLAZA UNIVERSIDAD 2000
    839 CALLE ANASCO STE COMERCIAL
    SAN JUAN,PR 00925-2485
VERA RAMIREZ, EDUARDO A. [LIC.]
    CENTRO INTERANACIONAL DE MERCADEO 1
    100 CARR 165 STE 203
    GUAYNABO,PR 00968
DELGADO VEGA, DAMARIS
    ALB PLAZA
    16 CARR 199 STE 400

GUAYNABO P R 00969

```
                                                      03 DE 03
                                         CASO NUM. CT-2012-0010
```

MCCALL, MICHAEL C.
    ALB PLAZA
    16 CARR 199 STE 400
    GUAYNABO P R 00969
PABON ROCA, ESQ., LUIS
    URB HYDE PARK
    249 CALLE LAS MARIAS
    SAN JUAN P R 00927
PEDRO R. VAZQUEZ, ESQ.
    PMB 153
    405 ESMERALDA AVE STE 2
    GUAYNABO P R 00969
POLIDORO, PAUL
    LEGAL DEPARTMENT
    100 WATCHTOWER DR.
    PATTERSON, NY 12563
RODRIGUEZ MUÑOZ, LUIS A.
    CENTRO INT DE MERCADEO
    100 CARR 165 TORRE 1 STE 203
    GUAYNABO P R 00968
TRIBUNAL DISTRITO DE EU PARA DISTRITO PR
    SUITE 126
    300 RECINTO SUR ST.
    SAN JUAN P R 00901

SAN JUAN        , PUERTO RICO A    01 DE OCTUBRE DE 2012

```
                         LCDA. AIDA ILEANA OQUENDO GRAULAU
                         ----------------------------------
                             SECRETARIA DEL TRIBUNAL SUPREMO

                         MARIBEL DIAZ RAMOS
                         ----------------------------------
                                SECRETARIO AUXILIAR
```