EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Watchtower Bible and Tract Society of New York, Inc., *et al.*
    Recurridos

v.

Municipio de Dorado, *et al.*;

United States District Court for the District of Puerto Rico
    Peticionarios

CT-2013-0014

Núm. _____

RESOLUCIÓN

En San Juan, Puerto Rico, a 17 de julio de 2013.

    Acogemos la Solicitud de Certificación Interjurisdiccional presentada por la Corte de Distrito de Estados Unidos para el Distrito de Puerto Rico. Se emite un auto de certificación para auscultar únicamente si las leyes de Puerto Rico permiten la existencia de calles privadas.

    En vista de ello, se le concede a la parte peticionaria, Municipio de Dorado, un término de treinta (30) días, contados a partir de la notificación de esta Resolución, para presentar su alegato. Este se regirá por lo dispuesto en las Reglas 26 y 33 del Reglamento de este Tribunal.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez proveería no ha lugar por entender que el recurso de certificación interjurisdiccional solicita una opinión consultiva ya que nuestro dictamen no será determinante para la solución de la controversia ante el Tribunal de Distrito de Estados Unidos para el Distrito de Puerto Rico.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo