Certified Translation
Janis Palma, USCCI

Page 1 of 2

IN THE PUERTO RICO SUPREME COURT

| | |
|---|---|
| Watchtower Bible and Tract Society of New York, Inc. *et al.* <br><br>          Appellees <br><br> v. <br><br> Municipality of Dorado, *et al.;* <br><br> United States District Court for the District of Puerto Rico <br><br>          Petitioners | CT-2013-0014 <br><br> **No. _____** |

RESOLUTION

In San Juan, Puerto Rico, on July 17, 2013.

We agree to consider the Petition for Interjurisdictional Certification submitted by the United States District Court for the District of Puerto Rico. A writ of certification is issued to explore solely whether the Puerto Rico laws allow for the existence of private streets.

In light of this, petitioner, Dorado Municipality, is granted a term of thirty (30) days as of the notice of this resolution to submit a legal brief. This is to be done according to the provisions contained in Rules 26 and 33 of the Rules of this Court.

So agreed by the Court and certified by the Clerk of the Supreme Court. Associate Justice Madam Rodríguez-Rodríguez would deny, as it is her understanding that the Interjurisdictional Certification remedy is seeking an advisory opinion, given that our decision will not be vital to the solution that will be given to the controversy before the United States District Court for the District of Puerto Rico.

[Seal of the Court]

[Signature]
Aida Ileana Oquendo-Graulau
Clerk of the Supreme Court

**CERTIFICATION BY TRANSLATOR**

I, JANIS PALMA, an English-Spanish interpreter and translator certified to that effect by the Administrative Office of the United States Courts and the National Association of Judiciary Interpreters and Translators (NAJIT) respectively, do hereby certify that I have translated the foregoing document and it is a true and accurate translation to the best of my knowledge and ability.

_____                    ____August 2, 2013____
Janis Palma, USCCI, NCJIT-S                              Date