ESTADO LIBRE ASOCIADO  DE PUERTO RICO            01DE 01
TRIBUNAL GENERAL   DE JUSTICIA
TRIBUNAL SUPREMO

WATCHTOWER BIBLE TRACT SOCIETY OF NEW YORK, INC.    -    RECURRIDO

VS.

US DISTRICT COURT FOR DISTRICT OF PUERTO RICO       -    PETICIONARIO

CASO: CT-2013-0014  CASO ORI.: 04-1452 GAG    CERTIFICACIONES
              CASO CIR.:                      ----------------------------------
                                              ACCION CIVIL O DELITO

GELPI GUSTAVO A. HON
CLEMENTE RUIZ NAZARIO U.S.
150 CARLOS CHARDON ST.
SAN JUAN, PR 00918

            N O T I F I C A C I O N
            ------------------------
CERTIFICO QUE EN RELACION CON EL/LA MOCION SOL. VISTA ORAL
EL TRIBUNAL DICTO EL/LA RESOLUCION
QUE SE  ACOMPAÑA :

PASARELL JOVE, IVAN [LIC.]
   PO BOX 9021612
   SAN JUAN,PR 00902-1612
RIVERA CRUZ HECTOR [LIC.]
   PO BOX 9023954
   SAN JUAN,PR 00902-3954
US DISTRICT COURT  OF PUERTO RICO [LIC.]
   FEDERAL BUILDING
   CHARDON AVENUE SUITE 150
   SAN JUAN PR 00918-1767
VARGAS ACOSTA NORA [LIC.]
   EDIF FIRST FEDERAL
   1056 AVE MUNOZ RIVERA STE 1004
   RIO PIEDRAS,PR 00927-5026
CRAIG MC CALL, MICHAEL LIC.
   ALB BUILDING 400
   16 CARR. 199
   GUAYNABO PR 00969
DELGADO VEGA , DAMARIS LIC.
   ALB BUILDING 400
   16 CARR. 199
   GUAYNABO PR 00969
POLIDORO, PAUL D.
   100 WATCHTOWER DRIVE
   PATTERSON, NY 12563

SAN JUAN      , PUERTO RICO A    15 DE NOVIEMBRE DE 2013

                     LCDA. AIDA ILEANA OQUENDO GRAULAU
                     ---------------------------------------------
                         SECRETARIA DEL TRIBUNAL SUPREMO
                     ROSALIA PABON RIVERA
                     ---------------------------------------------
                             SECRETARIO   AUXILIAR

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Watchtower Bible and Tract Society of New York, Inc., et al.<br>Recurridos<br><br>v.<br><br>Municipio de Dorado, et al.;<br><br>United States District Court for the District of Puerto Rico<br>Peticionarios | Núm. CT-2013-0014 | Certificación  |
|---|---|---|

RESOLUCIÓN

En San Juan, Puerto Rico, a    de noviembre de 2013.

Examinada la petición de certificación presentada ante esta Curia por la Corte de Distrito de Estados Unidos para el Distrito de Puerto Rico, se señala una vista oral para el martes 11 de febrero de 2014, a las 10:00 de la mañana, conforme a las Reglas 4 y 41 del Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A.

Cada parte tendrá veinticinco minutos para argumentar su caso y cinco minutos de réplica. No menos de veinte días antes de la vista, cada parte deberá informar el nombre del abogado que argumentará a su favor. Las entidades DBR Dorado Owner, LLC, Coco Beach Maintenance, Inc., y Serrallés Hotel, Inc., que comparecen conjuntamente como amigos de la corte, tendrán diez minutos para exponer su posición, sin derecho a réplica.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Watchtower Bible and Tract Society of New York, Inc., et al.<br>Recurridos<br><br>v.<br><br>Municipio de Dorado, et al.;<br><br>United States District Court for the District of Puerto Rico<br>Peticionarios | Núm. CT-2013-0014 | Certificación<br> |

RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de noviembre de 2013.

Examinada la *Moción Solicitando Autorización para Comparecer como Amicus Curiae* presentada conjuntamente por las entidades DBR Dorado Owner, LLC, Coco Beach Maintenance, Inc., y Serrallés Hotel, Inc., se declara *ha lugar*. Estos deberán comparecer mediante la misma representación legal. Se le concede a los peticionarios un término improrrogable de 30 días para que presenten su escrito.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton, la Jueza Asociada señora Fiol Matta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Estrella Martínez proveerían no ha lugar a la solicitud.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo